FILED
JOHN P. HEHMAN
CLERK

2014 JUN 24 PM 2: 49

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Civil Case No. 14-cv-389

DALLAS BUYERS CLUB, LLC

    Plantiff,

v.

CHRISTOPHER L. BASICH

    Defendant

## ANSWER TO PLANTIFF'S COMPLAINT

Defendant CHRISTOPHER L. BASICH ("Defendant") is identified in Plaintiff's Complaint as the Internet Service Provider (ISP) subscriber assigned Internet Protocol ("IP") address 76.125.221.191, John Doe #5. I am representing myself *Pro Se* in this matter before the Court. I understand that *Pro Se* litigants are required to follow the same rules and procedures as litigants represented by attorneys as seen in Nielson v Price, 17 F.3d 1276, 1277 (10th Cir. 1994). I hereby attest to the court that I will abide by these rules and procedures, but ask the courts indulgence as I'm not a lawyer. I hereby answer the Complaint of Dallas Buyers Club, LLC ("Plaintiff") as follows:

## Jurisdiction and Venue

1. Defendant denies the statements in paragraphs 1-8 of the complaint, due to lack of knowledge.

## The Parties

2. Defendant denies the statements in paragraphs 9-11, due to lack of knowledge.

3. Defendant denies the statements in paragraphs 12-13, due to lack of knowledge.

4. Defendant denies the allegations in paragraphs 14-18. Plaintiff's allegations are <u>only</u> based on the fact that Defendant is the Internet Service Provider (ISP) subscriber (pays the ISP bill). Plaintiff alleges Defendant's public IP address was observed for one second on the alleged infringement date. There is NO reasonable information to even suggest that Defendant is the offender; only that the Internet subscription is in his name. Plaintiff has made no due diligence efforts to identify the true infringer beyond seeing early discover for ISP subscriber records. Plaintiff has voluntarily chosen not to mitigate the alleged injury it claims"...cannot fully be compensated or measured in money."

5. Defendant reserves the right to amend its answer to add defenses as information becomes available.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Defendant having fully answered and pled to the causes of actions herein, Defendant requests a jury trial on the claims herein insofar as they can be properly heard by a jury and an order granting the following relief:

a. For entry of a permanent injunction preventing Plaintiff from naming a defendant in this Dallas Buyer's Club LLC copyright infringement case and future ones based only on the fact that the ISP subscriber pays the Internet service bill. Plaintiff should be enjoined to conduct at least a basic investigation, to include depositions to determine who the actual infringer is. Naming a defendant based only on whom the ISP records disclose as the bill payer is wildly irresponsible and dangerous.

b. Request the court "on its own" issue a show cause order (FRCP 11(c) (3)) to Plaintiff as to why it should not be sanctioned for providing factual contentions that have no evidentiary support or will likely have no evidentiary support after a reasonable opportunity for further investiagation or discovery.

c. Request that if the court finds Plaintiff did violate FRCP 11(b), appropriate sanctions are imposed to deter furture conduct by this Plaintiff or other Plaintiffs filing similar Dallas Buyer's Club LLC copyright infringement law

suits in the overburdened court system.

d. A judgment in favor of Defendant denying Plaintiff's requested relief and dismissal of Plaintiff's Complaint with prejudice by this court.

DATED: 10 JUNE 2014

Respectfully Submitted,
Christopher L. Basich

By: _____
Christopher L. Basich
49790 Blairmont Road
Adena, OH 43901
740-546-3207
lizbasich@comcast.net