# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DALLAS BUYERS CLUB, LLC,**

      **Plaintiff,**                                **Case No. 2:14-cv-389**

   v.                                          **JUDGE FROST**

**DOES 1-36,**

      **Defendant.**

## **ORDER**

    Defendant Christopher L. Basich's Motion for Reconsideration/Objection to Magistrate Judge's Order (ECF No. 13) shall come on for a non-oral hearing on November 24, 2014 at 8:00 a.m.

    **IT IS SO ORDERED.**


                                                   /s/   Gregory L. Frost
                                                   GREGORY L. FROST
                                                   UNITED STATES DISTRICT JUDGE