UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dallas Buyers Club, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 14-cv-389 |
| v. | ) | |
| | ) | Judge: Gregory L. Frost |
| Does 1 - 36 | ) | |
| | ) | Magistrate Judge: Mark R. Abel |
| Defendants. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

On January 27, 2015 this Court filed an Order to Show Cause ("Order") (Doc # 15). In response Plaintiff files this Notice of Voluntary Dismissal. With this Notice, Plaintiff believes the Order moot. Should the Court require a response to the Order one can be provided.

Pursuant to Civ. R. 41(a)(1)(A)(i), Plaintiff Dallas Buyers Club, LLC hereby dismisses this entire action without prejudice.

Respectfully submitted,

*/s/ Leon D. Bass*
Leon D. Bass (0069901) (Trial Attorney)
 LBass@taftlaw.com
David J. Butler (0068455)
Taft Stettinius & Hollister LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone: 614-334-7192
Facsimile: 614-221-2007

*Attorneys for Plaintiff Dallas Buyers Club, LLC*